# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Date: 5/21/2014

Honorable: Judge Pamela S. Hollis

Bankruptcy Case No.: 13-45233

Adversary No.:

Title of Case: Matthew Michael Lo Cascio and Melissa Suzanne La Cascio

Brief Statement of Motion: Order Confirming Plan

Names and Addresses of moving counsel: Nathan C. Volheim, 900 Jorie Blvd., Oak Brook, Illinois, Suite 150

Representing: Matthew and Melissa LoCascio

## ORDER

This matter coming before the court it is hereby ordered:

1. The modified plan filed on March 19th (Docket #24) is amended to raise monthly payments to $636.00/month for 56 months and is confirmed.