# United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:  Matthew Michael Lo Cascio | ) | Chapter 13 |
| Melissa Suzanne Lo Cascio | ) | Case No. 13 B 45233 |
| Debtor(s) | ) | Judge Pamela S. Hollis |

## Notice of Motion

Matthew Michael Lo Cascio
Melissa Suzanne Lo Cascio
470 Western St
Hoffman Estates, IL 60169

Debtor Attorney: Sulaiman Law Group Ltd
via Clerk's ECF noticing procedures

On February 03, 2016 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 644
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, January 27, 2016.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On November 21, 2013, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on May 21, 2014, for a term of 56 months with payments of $676.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 26 | $17,044.00 | $15,138.00 | $1,906.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 01/26/2016
Due Each Month: $676.00
Next Pymt Due: 02/21/2016

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 01/16/2015 | 9495512149 | $626.00 | 02/23/2015 | 9495512416 | $626.00 |
| 03/20/2015 | 9495512630 | $626.00 | 04/20/2015 | 9495512952 | $626.00 |
| 05/22/2015 | 9495513268 | $626.00 | 06/23/2015 | 9495513506 | $626.00 |
| 07/21/2015 | 9495513783 | $626.00 | 08/18/2015 | 9194936447 | $626.00 |
| 09/22/2015 | 9495514431 | $626.00 | 10/23/2015 | 9495514675 | $626.00 |
| 11/23/2015 | 9495514939 | $626.00 | 12/22/2015 | 9417810926 | $626.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE