IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Bankruptcy Matter of: | Bankruptcy No. 13-45233 |
| Matthew Michael Lo Cascio | Judge Pamela S. Hollis |
| Melissa Suzanne Lo Cascio | Chapter: 13 |
| Debtors | |

## NOTICE OF MOTION

TO:   Matthew Michael Lo Cascio, 470 Western Street, Hoffman Estates, IL 60169
      Melissa Suzanne Lo Cascio, 470 Western Street, Hoffman Estates, IL 60169
      Marilyn O. Marshall, 224 South Michigan Ste 800, Chicago, IL 60604
      Nathan C. Volheim, 900 Jorie Blvd., Suite 150, Oak Brook, IL 60523
      Patrick S. Layng, Office of the U.S. Trustee, Region 11, 219 S. Dearborn St., Room 873, Chicago, IL 60604

Please take notice on May 4, 2016 at 10:30 a.m., I shall appear before the Honorable Pamela S. Hollis, in Courtroom 644, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached motion at which time you may appear if you wish.

/s/ Kenneth W. Bach
Kenneth W. Bach,  IL ARDC #6295816

## CERTIFICATE OF SERVICE

I, Kenneth W. Bach, an attorney certify that I served the attached motion by mailing a copy to the Debtors at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe, Chicago, IL 60606 on or before 5:00 p.m. on April 27, 2016. The remaining parties were served by the CM/ECF electronic noticing system.

/s/ Kenneth W. Bach
Kenneth W. Bach,  IL ARDC #6295816

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Matthew Michael Lo Cascio
Melissa Suzanne Lo Cascio
               Debtors

Bankruptcy No. 13-45233
Judge Pamela S. Hollis
Chapter: 13

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America (hereinafter "Movant"), through its attorney, Kenneth W. Bach of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The Movant, a party in interest, holds a Mortgage dated May 28, 2004 on the property located at 470 Western Street, Hoffman Estates, Illinois 60194, in the original amount of $200,000.00. (A copy of the Note, Mortgage and Assignment of Mortgage are attached as Exhibit A, B and C respectively and incorporated herein by reference).

2. The above-captioned Chapter 13 case was filed on November 21, 2013 and the Debtors' Plan was confirmed on May 21, 2014.

3. The confirmed plan provides for the Debtors to be the disbursing agent for the post petition mortgage payments and the Chapter 13 Trustee to be disbursing agent for the pre-petition arrears.

4. As of March 8, 2016, the Debtors have failed to maintain post-petition payments thereby accruing a default of 3 payments from February 1, 2016 through April 1, 2016 for a post-petition arrearage total of $3,141.94.  A summary of the post-petition arrearage is as follows:

    February 1, 2016 to April 1, 2016, 3 payments at $1,430.91 each
    Less Suspense ($1,150.79)

5. The Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

6. The Movant has no adequate protection in that the Debtors are in material default of the terms of the Plan by not making the required payments to the Movant and there is little or no equity in the property.

7. That should the Debtors wish to reinstate while under the jurisdiction of this Court, Movant requests to be reimbursed for the costs and attorney fees of filing this motion.

8. That Movant is entitled to relief pursuant to 11 U.S.C. 362(d).

9. The Movant requests waiver of 14 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3).

WHEREFORE, Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America prays for the entry of an order modifying, annulling or terminating the Automatic Stay instanter to allow foreclosure, eviction, or any other action with respect to the Movant protecting its rights in the subject property as the Court deems appropriate and for such other relief as the Court deems just.

/s/ Kenneth W. Bach
Kenneth W. Bach, ARDC #6295816
Attorney for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE